**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Mona Bailey and William Bailey, | : |
| Plaintiffs, | : |
| v. | : Civil Action No.: 1:16-cv-00827-LJV |
| Admin Recovery LLC; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. Plaintiff anticipates filing a Notice of Withdrawal of Complaint and Voluntary Dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 3, 2017

    Respectfully submitted,

    PLAINTIFF, Mona Bailey

    */s/ Sergei Lemberg*

    Sergei Lemberg, Esq. (SL 6331)
    LEMBERG LAW, LLC
    43 Danbury Road, 3rd Floor
    Wilton, CT 06897
    Telephone: (203) 653-2250
    Facsimile: (203) 653-3424
    Email: slemberg@lemberglaw.com
    Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

   I hereby certify that on January 3, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                */s/ Sergei Lemberg*

                Sergei Lemberg, Esq.